JEFF A. HARRISON (SBN 151227)
JHarrison@metzharrison.com
MARINA PANTCHENKO (SBN 293014)
MPantchenko@metzharrison.com
**METZ & HARRISON, LLP**
139 Richmond Street
El Segundo, California 90245
Tel: (310) 648-8755
Fax: (310) 648-8734

Attorneys for Plaintiff,
DARRYL EVERSOLE

JS-6

(Appearances continued on next page)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| DARRYL EVERSOLE, an individual<br><br>Plaintiff,<br><br>vs.<br><br>FIVE POINTS LLC, et al,<br><br>Defendants. | Case No.: 2:17−CV−00271 RGK-JEM<br><br>*Hon. Gary Klausner*<br><br>**[PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

[PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)
Case No.: 2:17−CV−00271 RGK-JEM

1

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
MELISSA T. DAUGHERTY, SB# 227451
E-Mail: Melissa.Daugherty@lewisbrisbois.com
KELSEY SCHERR, SB# 303314
E-Mail: Kelsey.Fisher@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant FIVE POINTS, LLC

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
GREGORY F. HURLEY, Cal. Bar No. 126791
ghurley@sheppardmullin.com
MICHAEL J. CHILLEEN, Cal. Bar No. 210704
mchilleen@sheppardmullin.com
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone: 714.513.5100
Facsimile: 714.513.5130
Attorneys for Defendants, REGENCY THEATRES, INC., and GOLIN THEATRES, INC.

[PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)
Case No.: 2:17−CV−00271 RGK-JEM

2

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims in the above-captioned lawsuit, including all of Plaintiff's claims and Five Points, LLC's cross-claim, are to be deemed dismissed without prejudice. The Court will retain jurisdiction for the sole purpose of enforcing the settlement agreement.

**IT IS SO ORDERED.**

December 20, 2017

*Gary Klausner*

HON. R. GARY KLAUSNER
U.S. DISTRICT JUDGE

[PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)
Case No.: 2:17−CV−00271 RGK-JEM

3